| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Cory F. Woerner, Esq. (296702019) | |
| **In Re:**<br><br>**Elnora V. Bowens,**<br><br>           **Debtor.** | CASE NO.: 26-10052-MBK<br><br>CHAPTER 13 |

## OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF ANGEL OAK MORTGAGE TRUST 2023-7, MORTGAGE-BACKED CERTIFICATES, SERIES 2023-7 ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtor's Chapter 13 Plan (DE # 11), and states as follows:

1. Debtor, Elnora V. Bowens, ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 5, 2026.

2. On January 23, 2026, the Debtor filed the chapter 13 plan that is the subject of this objection.

3. Secured Creditor holds a security interest in the Debtor's real property located at 3 Huntington Court, Allentown, NJ 08501, by virtue of a Mortgage recorded on June 28, 2022 in Book OR-9602, at Page 5104 of the Public Records of Monmouth County, NJ.  Said Mortgage secures a Note in the amount of $536,250.00.

4. The Plan fails to include treatment of Secured Creditor's claim.  The subject property and claim are, however, listed in Debtor's schedules. Secured Creditor objects to the Plan and seeks clarification as to Debtor's intentions in regard to the subject property and claim.

5. Secured Creditor anticipates filing a proof of claim in the approximate amount of $97,449.81.

6. Further, the plan fails to provide for the remittance of contractual monthly obligations. Monthly mortgage payments constitute payments under the plan and therefore are required. Secured Creditor objects to any plan that does not remit contractual monthly obligations.

7. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed. Secured Creditor objects to any plan which proposes to pay it anything less than $97,449.81 as the pre-petition arrearage over the life of the plan.

WHEREFORE, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707

By: /s/ Cory F. Woerner
Cory F. Woerner, Esquire
NJ Bar Number 296702019
Email: Cwoerner@raslg.com

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor<br><br>Cory F. Woerner, Esq. (296702019) | |
| **In Re:**<br><br>**Elnora V. Bowens,**<br><br>            **Debtor.** | CASE NO.: 26-10052-MBK<br><br>CHAPTER 13 |

## CERTIFICATION OF SERVICE

1. I, Swati Patel, ■ am the secretary/paralegal for <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>, you represents the WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF ANGEL OAK MORTGAGE TRUST 2023-7, MORTGAGE-BACKED CERTIFICATES, SERIES 2023-7 in the above-captioned matter.

2. On February 6, 2026, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below:

   **OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 02/06/2026

                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                               Paralegal for Secured Creditor
                                               130 Clinton Road, Suite 202, Lobby B
                                               Fairfield, NJ 07004
                                               Telephone: 973-575-0707
                                               Fax:         973-404-8886

                                               By: <u>/s/ Swati Patel</u>
                                               Email: spatel@raslg.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lee Martin Perlman<br>Lee M. Perlman<br>1926 Greentree Road, Suite 100<br>Cherry Hill, NJ 08003 | Attorney for Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Elnora V. Bowens<br>3 Huntington Court<br>Allentown, NJ 08501 | Debtor | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[ ] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| Albert Russo<br>Standing Chapter 13 Trustee, CN 4853<br>Trenton, NJ 08650 | Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice, Office of the US Trustee, One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | [ ] Hand-delivered<br>[x] Regular mail<br>[ ] Certified Mail/RR<br>[ ] E-mail<br>[x] Notice of Electronic Filing (NEF)<br>[ ] Other<br>_____<br>(as authorized by the court*) |