Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−10052−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Elnora V. Bowens
    3 Huntington Court
    Allentown, NJ 08501

Social Security No.:
    xxx−xx−7482

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/4/26.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 4, 2026
JAN: dmi

                                         Jeanne Naughton
                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-10052-MBK

Elnora V. Bowens                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                              Page 1 of 2

Date Rcvd: Mar 04, 2026                       Form ID: 148                             Total Noticed: 19

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elnora V. Bowens, 3 Huntington Court, Allentown, NJ 08501-1924 |
| 520976760 | | Jefferson Capital Systems LLC, PO Box 7999 St. Cloud MN 56302-9617 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 04 2026 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 04 2026 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 04 2026 20:43:00 | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08646-0245 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 04 2026 20:43:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520937907 | + | Email/PDF: bncnotices@becket-lee.com | Mar 04 2026 20:50:26 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 520937908 | + | EDI: JPMORGANCHASE | Mar 05 2026 01:34:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 520937909 | + | EDI: CITICORP | Mar 05 2026 01:34:00 | Citibank/Sears, Citicorp Cr SrvsCentralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 520937910 | | EDI: DISCOVER | Mar 05 2026 01:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 520937911 | | Email/Text: collecadminbankruptcy@fnni.com | Mar 04 2026 20:44:00 | Fnb Omaha, Attn: Bankruptcy, P.O. Box 3128, Omaha, NE 68103 |
| 520937912 | | EDI: IRS.COM | Mar 05 2026 01:34:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520959195 | + | Email/Text: RASEBN@raslg.com | Mar 04 2026 20:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 520937913 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 04 2026 20:43:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 520937915 | + | Email/Text: RASEBN@raslg.com | Mar 04 2026 20:43:00 | Robertson, Anschutz, Schneid, Crane, 130 Clinton Road, Ste 202, Fairfield, NJ 07004-2927 |
| 520937914 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 04 2026 20:43:00 | New Jersey Division of Taxation, PO Box 283, Trenton, NJ 08695 |

| 520978194 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
|---|---|---|---|
| | | Mar 04 2026 20:43:00 | State of New Jersey-Division of Taxation, PO Box 245-Bankruptcy, Trenton, NJ 08695-0245 |
| 520940749 | + Email/Text: RASEBN@raslg.com | | |
| | | Mar 04 2026 20:43:00 | Wilmington Savings Fund Society, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 521008730 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Mar 04 2026 20:44:00 | Wilmington Savings Fund Society, FSB, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Cory Francis Woerner | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF ANGEL OAK MORTGAGE TRUST 2023-7, MORTGAGE-BACKED CERTIFICATES, SERIES 2023-7 cwoerner@raslg.com |
| Cory Francis Woerner | on behalf of Creditor Wilmington Savings Fund Society cwoerner@raslg.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Elnora V. Bowens ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Steven Hordis | on behalf of Creditor State of New Jersey steven.hordis@law.njoag.gov  sch314@me.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7